1  SHARON DOUGLASS MAYO - State Bar No. 150469   **JS-6**
   sharon.douglass.mayo@aporter.com
2  VIKRAM SOHAL - State Bar No. 240251
   vikram.sohal@aporter.com
3  ARNOLD & PORTER, LLP
   777 South Figueroa Street, 44th Floor
4  Los Angeles, California 90017-5844
   Telephone: (213) 243-4000
5  Facsimile: (213) 243-4199

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTROVERSY MUSIC, SONY/ATV TUNES LLC, RAY VAUGHN MUSIC, INC. AND EXPERIENCE HENDRIX, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARDS ENGINEERING, LLC AND ROBERT E. DAHMS, JR.,<br><br>Defendants. | Case No. CV08-05184 MMM (PJWx)<br><br>**[PROPOSED] ORDER**<br><br>(Filed concurrently with **STIPULATION OF SETTLEMENT AND REQUEST FOR DISMISSAL WITH RETENTION OF JURISDICTION**) |

1   WHEREAS, Plaintiffs and Defendants entered into a Stipulation of Settlement
2   ("Stipulation"); and

3   WHEREAS, pursuant to the Stipulation, the parties have settled the copyright
4   infringement claims asserted in this action as well as any other potential copyright
5   claims that Plaintiffs or other ASCAP members may have against Defendants as of
6   the date of the Stipulation; and

7   WHEREAS, pursuant to the Stipulation, the parties have agreed that the Court
8   should retain complete jurisdiction over this action until March 1, 2009;

9   NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND
10  DECREED that the Court shall:

11  Dismiss this action and retain complete jurisdiction over this action until
12  March 1, 2009; reopen this action upon a showing by Plaintiffs that the settlement has
13  not been completed and that further litigation is necessary.

16  Dated:  November 25, 2008

By: *Margaret M. Morrow*
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE